UNITED STATES of America, Plaintiff–Appellee

v.

Soul Martines CRUS, also known as Saul Ruis, also known as Saul Cruz Martinez, also known as Saul Omar Martinez, Defendant–Appellant.

No. 12–20788
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 2, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Sucharita Jana, Esq., Bellaire, TX, for Defendant–Appellant.

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

PER CURIAM: [*]

The attorney appointed to represent Soul Martines Crus has moved for leave to

withdraw and has filed briefs in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Martines Crus has not filed a response. We have reviewed counsel's briefs and the relevant parts of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw pursuant to *Anders* is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Counsel's motion to withdraw based on the closing of her law practice is DENIED as unnecessary.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.